UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIAM B. EGAN, III )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BECHTEL CORPORATION, )<br>PARSONS, BRINKERHOFF, QUADE )<br>AND DOUGLAS, INCORPORATED, and )<br>DYWIDAG SYSTEMS )<br>INTERNATIONAL )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO.: 04-11721 |

**CORPORATE DISCLOSURE STATEMENT**
**PURSUANT TO LOCAL RULE 7.3(A)**

Pursuant to Local Rule 7.3(A) of the Local Rules of the United States District Court for the District of Massachusetts, defendant Dywidag Systems International, U.S.A., Inc. ("Dywidag") states that its parent corporation is Dywidag Systems International GmbH. Further responding, Dywidag states that there is no publicly held company that owns 10% or more of its stock.

DYWIDAG SYSTEMS INTERNATIONAL,
U.S.A., Inc.
By its attorneys,

CAMPBELL CAMPBELL EDWARDS &
CONROY, PROFESSIONAL CORPORATION,

_____
James M. Campbell (BBO# 541882)
Kathleen M. Guilfoyle (BBO# 546512)
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

Dated: August 4, 2004

## CERTIFICATE OF SERVICE

I certify that on August 4, 2004, a true copy of the above document was sent by first class mail, postage prepaid to the following counsel of record:

Thomas R. Murphy, Esq.
Giarrusso, Norton, Cooley & McGlone, P.C.
Marina Bay
308 Victory Road
Quincy, MA  02171

William J. Dailey, Jr., Esq.
Sloane & Walsh
Three Center Plaza
Boston, MA  02108

_____
Kathleen M. Guilfoyle