UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIAM B. EGAN, III )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BECHTEL CORPORATION, )<br>PARSONS, BRINKERHOFF, QUADE )<br>AND DOUGLAS, INCORPORATED, and )<br>DYWIDAG SYSTEMS )<br>INTERNATIONAL )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO.: 04-11721 |

## NOTICE OF APPEARANCE

Please enter the appearance of James M. Campbell and Kathleen M. Guilfoyle of Campbell Campbell Edwards & Conroy, P.C. as counsel for the defendant Dywidag Systems International, U.S.A., Inc.

DYWIDAG SYSTEMS INTERNATIONAL,
U.S.A., Inc.
By its attorneys,

CAMPBELL CAMPBELL EDWARDS &
CONROY, PROFESSIONAL CORPORATION,

_/s/ Kathleen M. Guilfoyle_
James M. Campbell (BBO# 541882)
Kathleen M. Guilfoyle (BBO# 546512)
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

DATED: August 4, 2004

## CERTIFICATE OF SERVICE

I certify that on August 4, 2004, a true copy of the above document was sent by first class mail, postage prepaid to the following counsel of record:

Thomas R. Murphy, Esq.
Giarrusso, Norton, Cooley & McGlone, P.C.
Marina Bay
308 Victory Road
Quincy, MA  02171

William J. Dailey, Jr., Esq.
Sloane & Walsh
Three Center Plaza
Boston, MA  02108

_____
Kathleen M. Guilfoyle