UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM B. EGAN, III )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BECHTEL CORPORATION, )<br>PARSONS, BRINKERHOFF, QUADE )<br>AND DOUGLAS, INCORPORATED, and )<br>DYWIDAG SYSTEMS )<br>INTERNATIONAL )<br>)<br>Defendants. )<br>_____ ) | CIVIL ACTION NO.: 04-11721 RGS |

**ASSENTED TO MOTION TO EXTEND TIME TO**
**ANSWER AMENDED COMPLAINT**

Defendant Dywidag Systems International, U.S.A., Inc. ("Dywidag") hereby moves for an extension of time, up to and including August 30, 2004, to answer or otherwise respond to Plaintiff's Amended Complaint. The plaintiff has assented to this motion and this is the first extension of time requested by Dywidag.

WHEREFORE, Dywidag respectfully requests that its motion be allowed.

| WILLIAM B. EGAN, | DYWIDAG SYSTEMS INTERNATIONAL, U.S.A., INC., |
|---|---|
| By His Counsel, | By Its Counsel, |
| /s/ Thomas R. Murphy* | /s/ Kathleen M. Guilfoyle |
| Thomas R. Murphy BBO# 546759<br>GIARRUSSO NORTON COOLEY & MCGLONE<br>Marina Bay<br>308 Victory Road<br>Quincy, MA 02171<br>P: 617-770-2900 | James M. Campbell BBO# 541882<br>Kathleen M. Guilfoyle BBO# 546512<br>CAMPBELL CAMPBELL EDWARDS & CONROY<br>One Constitution Plaza<br>Boston, MA 02129<br>P: 617-241-3000 |

*By Ms. Guilfoyle, per telephonic authorization of Mr. Murphy.