UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
1: 04 CV 117721-RGS

WILLIAM B. EGAN, III,

    Plaintiff,

v.

BECHTEL CORPORATION,
PARSONS, BRINKERHOFF, QUADE
AND DOUGLAS, INCORPORATED, and
DYWIDAG SYSTEMS
INTERNATIONAL,

    Defendants.

## PLAINTIFF'S MOTION TO REMAND

Now comes the plaintiff, William B. Egan, III ("Egan") and hereby moves to remand this case to the Superior Court Department of the Trial Court of the Commonwealth of Massachusetts. As grounds, Egan states that the time period for removal has lapsed and jurisdiction was proper before removal. Egan's Memorandum of law is attached hereto.

Respectfully submitted,
William B. Egan, III,
By his attorneys,

_____
Thomas R. Murphy, BBO No. 546759
**GIARRUSSO, NORTON, COOLEY
& McGLONE, P.C.**
Marina Bay
308 Victory Road
Quincy, MA 02171
(617) 770-2900

DATED: Nov 2, 2004