UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
1: 04 CV 117721-RGS

WILLIAM B. EGAN, III,

    Plaintiff,

v.

BECHTEL CORPORATION,
PARSONS, BRINKERHOFF, QUADE
AND DOUGLAS, INCORPORATED, and
DYWIDAG SYSTEMS
INTERNATIONAL,

    Defendants.

## AFFIDAVIT OF THOMAS R. MURPHY

I, Thomas R. Murphy, hereby depose under oath and state:

1. I am an attorney in good standing in the Commonwealth of Massachusetts and am counsel or record for the plaintiff in this matter.

2. Pursuant to LR 7.1(A) (2), I have conferred with counsel for the defendants, Kathleen M. Guilfoyle, Esquire regarding the matters raised in my enclosed Motion to Remand.

3. Ms. Guilfoyle and I have attempted in good faith to resolve or narrow the issues raised in that Motion, but despite our best efforts we have been unable to do so.

4. I am filing this Motion to Remand only after having been unsuccessful in my attempt to resolve these issue without the Court's intervention.

Signed under the pains and penalties of perjury this _____ day of _November 2004_

_____
Thomas R. Murphy

## CERTIFICATE OF SERVICE

I, Thomas R. Murphy, attorney for the plaintiff, hereby certify that on this third day of November, 2004, I served a copy of the following documents:

Plaintiff's Motion to Remand;
Plaintiff's Memorandum of Law in Support of Motion to Remand; and
Affidavit of Thomas R. Murphy;

upon counsel of record by mailing a copy thereof first by class-mail, postage prepaid, to:

William J. Dailey, III, Esquire
SLOANE & WALSH
Three Center Plaza
Boston, MA 02108

Kathleen M. Guilfoyle, Esquire
CAMPBELL CAMPBELL
EDWARDS & CONROY
One Constitution Plaza, Third Floor
Boston, MA 02129

_____
Thomas R. Murphy