01/18/2005 15:31 FAX  617 241 5115    CAMPBELL CAMPBELL EDWARD                    ☒002/002
01/11/2005 16:28 FAX Case 1:04-cv-11721-RGS   Document 14    Filed 01/19/2005   Page 1 of 1 ☒002/002

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**FILED
IN CLERKS OFFICE**

2005 JAN 19 P 2: 59

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| WILLIAM B. EGAN, III )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BECHTEL CORPORATION, )<br>PARSONS, BRINKERHOFF, QUADE )<br>AND DOUGLAS, INCORPORATED, and )<br>DYWIDAG SYSTEMS )<br>INTERNATIONAL )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO.: 04-11721-RGS |

## CERTIFICATE PURSUANT TO LOCAL RULE 16.1(D)

Defendant Dywidag Systems International, U.S.A., Inc. ("Dywidag") hereby certifies that its authorized representative has conferred with counsel for Dywidag:

(a) with a view to establishing a budget for the costs of conducting the full course — and various alternative courses — of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

DYWIDAG SYSTEMS INTERNATIONAL, U.S.A., Inc
By its attorneys,

CAMPBELL CAMPBELL EDWARDS & CONROY,
PROFESSIONAL CORPORATION.

James M. Campbell (BBO# 541882)
Kathleen M. Guilfoyle (BBO# 546512)
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

_/s/ Ken Sostek_  1/11/05
DYWIDAG SYSTEMS INTERNATIONAL,
U.S.A., Inc.
By: Ken Sostek