UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIAM B. EGAN, III<br><br>Plaintiff,<br><br>v.<br><br>BECHTEL CORPORATION,<br>PARSONS, BRINKERHOFF, QUADE<br>AND DOUGLAS, INCORPORATED,<br>and DYWIDAG SYSTEMS<br>INTERNATIONAL<br><br>Defendants. | CIVIL ACTION NO.:04-11721 RGS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties, through their respective attorneys, hereby stipulate that all claims and cross-claims of the parties in this action, whether asserted or unasserted, be dismissed with prejudice, without costs, and with all rights of appeal being waived.

| The Plaintiff,<br>WILLIAM B. EGAN III, | The Defendant,<br>DYWIDAG SYSTEMS INTERNATIONAL, |
|---|---|
| By his attorneys,<br>GIARRUSSO, NORTON, COOLEY &<br>  McGLONE, P.C. | By its attorneys,<br>CAMPBELL, CAMPBELL EDWARDS &<br>CONROY, PC |
| */s/ Thomas R. Murphy<br>Thomas R. Murphy (BBO # 546759)<br>Marina Bay<br>308 Victory Road<br>Quincy, MA 02171<br>(617) 770-2900 | /s/ Kathleen M. Guilfoyle<br>James M. Campbell (BBO #541882)<br>Kathleen M. Guilfoyle (BBO #546512)<br>One Constitution Plaza<br>Boston, MA 02129<br>(617) 241-3000 |

The Defendants,
BECHTEL CORPORATION, PARSONS,
 BRINKERHOFF, QUADE AND DOUGLAS,
INC.

By their attorneys,
SLOANE & WALSH

*/s/ William J. Dailey, III,
William J. Dailey, III, Esq. (BBO# 558837)
Three Center Plaza
Boston, MA 02108
(617) 523-6010

*Per telephone authorization
Dated: August 2, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 2, 2006.

/s/ Kathleen M. Guilfoyle